IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 21-CR-0797 |
| | § | |
| ISRAEL JOSE JUAREZ, JR. | § | |

### MOTION FOR THE RELEASE OF MATERIAL WITNESSES

**COMES NOW**, Michele Villarreal-Kuchta, attorney of record for the following Material Witnesses

**ALFONSO VELASQUEZ−CARBAJAL AND JOSUE ROSADO−TORO**

and respectfully moves this Honorable Court for the release of material witnesses.

The material witnesses have no other pending charges known to or anticipated by the government.

Further, it is requested that the United States Marshals Service release the witnesses forthwith into the custody of the Bureau of Immigration and Customs Enforcement.

Respectfully submitted,

MICHELE VILLARREAL-KUCHTA
Attorney at Law
501 S. Tancahua St. Suite #5
Corpus Christi, Texas 78401
(361) 882-4555
(361) 333-1648 Fax
lawofficeofmvk@yahoo.com
By: */s/Michele Villarreal-Kuchta*
Michele Villarreal-Kuchta
SBN: 00792897
Federal Southern District Bar No. 18881
**ATTORNEY FOR MATERIAL WITNESSES**

## **CERTIFICATE OF CONSULTATION**

I, Michele Villarreal-Kuchta, the undersigned attorney for the material witnesses

**ALFONSO VELASQUEZ−CARBAJAL AND JOSUE ROSADO−TORO**

do hereby certify that on this 8th day of November, 2021, I have consulted with the following involved attorneys and each relays as follows:

1. Assistant United States Attorney Mr. James Gochenour – **unopposed to release**.

2. Mr. Eduardo Lucio, Attorney for Defendant Israel Jose Juarez, Jr. – **unopposed to release**.

By: */s/Michele Villarreal-Kuchta*
Michele Villarreal-Kuchta

## **CERTIFICATE OF SERVICE**

I, Michele Villarreal-Kuchta, do hereby certify that on this 8th day of November, 2021, a true and correct copy of this *Motion for the Release of Material Witnesses* has been forwarded *via Notification of Electronic Filing* to the following:

1. Assistant United States Attorney Mr. James Gochenour

2. Mr. Eduardo Lucio, Attorney for Defendant Israel Jose Juarez, Jr.

By: */s/Michele Villarreal-Kuchta*
Michele Villarreal-Kuchta

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **21-CR-0797** |
| | § | |
| **ISRAEL JOSE JUAREZ, JR.** | § | |

### ORDER ON MOTION FOR THE RELEASE OF MATERIAL WITNESSES

The Court, having considered the foregoing *Motion for the Release of Material Witnesses,* FINDS that the witnesses in this case should be released from the custody of the United States Marshals Service and delivered to the Bureau of Immigration and Customs Enforcement.

Further, there are no other pending charges against the witnesses.

It is ORDERED that

**ALFONSO VELASQUEZ−CARBAJAL AND JOSUE ROSADO−TORO**

be released forthwith from the custody of the United States Marshals Service and into the custody of The Bureau of Immigration and Customs Enforcement.

It is further ORDERED that the Clerk of the Court shall provide a copy of this order to the United States Marshals Service.

SIGNED this _____ day of _____, 2021.

_____
**JUDGE PRESIDING**